UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AURA MOODY,<br><br>                    Plaintiff,<br><br>       -against-<br><br>UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; LUIS CALZADA; WILLIAM SANCHEZ; MADELINE MCGRATH; ALEXANDER ADESCHECHENKO,<br><br>                    Defendants. | 24-CV-3369 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action alleging that Defendants discriminated against her in violation of various federal employment discrimination statutes. An identical complaint filed by Plaintiff was recently opened in this court under docket number 24-CV-3320 (RA).[1] That action is currently pending before the Honorable Ronnie Abrams.

Because it appears that Plaintiff submitted one complaint, the Court believes this action was opened in error. No useful purpose would be served by the filing and litigation of this duplicate lawsuit. The Court therefore dismisses this action as opened in error and without prejudice to Plaintiff's pending action under docket number 24-CV-3320 (RA).

## CONCLUSION

The Court dismisses this action without prejudice to Plaintiff's action pending under docket number 24-CV-3320 (RA).

---

[1] Plaintiff paid the filing fees for the action opened under docket number 24-CV-3320 (RA).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment dismissing this action without prejudice to Plaintiff's action pending under docket number 24-CV-3320 (RA).

SO ORDERED.

Dated:   May 8, 2024
         New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge